# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **TROY MITCHELL** Individually and as Representative of the Estate of Emma Mitchell,<br><br>Plaintiff,<br><br>v.<br><br>**ADVANCED HCS, LLC, et al**<br><br>Defendants. | Civil Action No. 4:21-cv-00155-P |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Advanced HCS, LLC (incorrectly identified as Advanced HCS, LLC d/b/a Wedgewood Nursing Home); Wedgewood Rehab & Nursing GS, LLC; and TOM GS, LLC, appeal the Court's remand order entered April 5, 2021 [Doc. 15]. This appeal is taken to the United States Court of Appeals for the Fifth Circuit.

        Respectfully submitted,

        LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

        _____
        Nichol L. Bunn
        State Bar No. 00790394
        Nichol.Bunn@LewisBrisbois.com
        2100 Ross Avenue, Suite 2000
        Dallas, TX 75201
        Telephone: (214) 722-7105
        Facsimile: (972) 638-8664
        **ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record in accordance with the District's ECF service rules on this 5th day of May 2021.

**Curtis Clinesmith**
**Paul J. Downey**
**325 N. St. Paul, 29th Floor**
**Dallas, Texas 75201**
clinesmith@clinesmithfirm.com
Paul@clinesmithfirm.com
Curtis@clinesmithfirm.com
**ATTORNEY FOR PLAINTIFF**

_____
Nichol L. Bunn