**FILED**

**April 1, 2022**

KAREN MITCHELL

CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 10, 2022

Lyle W. Cayce
Clerk

_____

No. 21-10477

_____

Troy Mitchell, *Individually and on Behalf of the Estate of Emma Mitchell*,

*Plaintiff—Appellee*,

*versus*

Advanced HCS, L.L.C., *doing business as* Wedgewood Nursing Home; Wedgewood Rehab & Nursing GS, L.L.C.; TOM GS, L.L.C.,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CV-155 -P

_____

Before Owen, *Chief Judge,* and Clement and Engelhardt, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

No. 21-10477

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED and the case is REMANDED with directions to further REMAND this case to state court.

IT IS FURTHER ORDERED that appellants pay to appellee the costs on appeal to be taxed by the Clerk of this Court.



**Certified as a true copy and issued**
**as the mandate on Apr 01, 2022**

**Attest:**   *Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**