UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**TROY MITCHELL ET AL.**,

   Plaintiffs,

v.                                                    No. 4:21-cv-0155-P

**ADVANCED HCS, LLC ET AL.**,

   Defendants.

## ORDER

On April 5, 2021, this Court issued an Opinion and Order remanding this case to the 17th Judicial District Court of Tarrant County, Texas. *See* ECF No. 15. Defendants appealed that decision. *See* ECF No. 17. On April 1, 2022, this Court received the Judgment from the United States Court of Appeals for the Fifth Circuit, instructing this Court to remand this case to the appropriate state court. ECF No. 19.

The Court therefore **ORDERS** that this case is **REMANDED** to the **17th Judicial District Court of Tarrant County, Texas.**

The Clerk of this Court is **INSTRUCTED** to mail a certified copy of this Order to the District Clerk of Tarrant County, Texas.

**SO ORDERED** on this **1st day** of **April, 2022.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE