# United States District Court
## Northern District of Texas

Karen Mitchell
Clerk of Court

Fort Worth Division

4/1/2022

17th Judicial District Court of Tarrant County,
Tom Vandergriff Civil Bldg, 3rd Fl
100 North Calhoun Street
Fort Worth, TX, 76196

RE:  4:21-cv-00155-P

Style:  Mitchell v. Advanced HCS, LLC et al

Dear Clerk:

Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the   17th Judicial District Court of Tarrant County, Texas   ,  017-322421-20 along with a copy of the docket sheet.

If you have any questions regarding this matter, I may be reached at  817-850-6615 .

Sincerely,
Karen Mitchell, Clerk

By: s/N. Klingelhoefer
Deputy Clerk

Enclosure
Certified order and docket sheet

cc:      Counsel of Record
Case file (public entry)